FILED
2008 JUL -2 PM 1:23

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

December 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SUNDIP SINGH DHANDA and<br>DAVID HYDE,<br><br>   Defendants. | No. CR 08- **CR08-00773**<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 1341: Mail Fraud;<br>18 U.S.C. § 1343: Wire Fraud;<br>18 U.S.C. § 2326:<br>Telemarketing Fraud Against<br>the Elderly; 18 U.S.C. § 2:<br>Aiding and Abetting and<br>Causing an Act To Be Done] |

The Grand Jury charges:

COUNTS ONE THROUGH TWENTY-ONE

[18 U.S.C. §§ 1341, 2326, 2]

A.  INTRODUCTION

   1.  At all times relevant to this Indictment, BC Holding Group; BC Securities; Secure Trading Services, Inc.; UK Legal Services; United Legal Services; and Capital Liberty Services, Inc. (also known as Capital Liberty Service Inc.) (collectively, the "Fraudulent Lottery Companies") were telemarketing companies

EML:eml

operating in Vancouver, British Columbia, Canada, that purported to provide lottery winnings to individuals in the United States and elsewhere.

2.   At all times relevant to this Indictment, defendants SUNDIP SINGH DHANDA ("DHANDA") and DAVID HYDE ("HYDE") owned, operated, and worked at the Fraudulent Lottery Companies.

B.   THE SCHEME TO DEFRAUD

3.   Beginning in or about January 2004, and continuing through in or about October 2006, in Los Angeles, Riverside, and Orange Counties, within the Central District of California and elsewhere, defendants DHANDA and HYDE, together with others known and unknown to the Grand Jury, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud victims as to material matters, and to obtain money and property from such victims by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts, in connection with telemarketing and by targeting persons over the age of 55 and victimizing ten or more persons over the age of 55.

4.   To execute the scheme to defraud and in furtherance thereof, defendants DHANDA and HYDE, working through the Fraudulent Lottery Companies, sent and caused to be sent letters to victims in the United States, including victims in the Central District of California.  The letters falsely and fraudulently informed the victims to whom the letters were addressed that they had won a lottery, sweepstakes, or other prize.  The letters enclosed either checks or tickets bearing areas covered in paint

that the victim was to scratch off in order to reveal a monetary amount. The checks and scratch-off tickets purported to represent the winnings. The letters informed the victims that in order to cash the enclosed winning checks or to redeem the monetary amounts listed on the scratch-off tickets, the victims first had to send a fee, which the letters represented to be for various necessary costs, such as taxes, processing fees, and legal fees. The letters stated that if the victims had questions, they should call the Fraudulent Lottery Companies. When the victims did so, defendants DHANDA and HYDE, and others working under their direction, would answer the calls and repeat the false and fraudulent statements contained in the letters. The letters and the telemarketers, including defendants DHANDA and HYDE, instructed the victims to send money to commercial mail receiving agencies in Canada, the United States, and England under defendant DHANDA's control, and to send the money to defendants DHANDA and HYDE and others working at their direction via Western Union.

5. In truth and in fact, as defendants DHANDA and HYDE well knew, at all times relevant to this Indictment:

    a. The victims had not won any money in a lottery or sweepstakes connected to the Fraudulent Lottery Companies;

    b. The checks enclosed with the letters sent to the victims were false and fraudulent and the scratch-off tickets were worthless;

1       c. The victims had no reason to send money to the
2  Fraudulent Lottery Companies, and would receive nothing in
3  return; and
4       d. The victims' money would not be used for processing
5  fees, attorneys fees, or taxes, but instead would be used to
6  further the fraudulent scheme described above and for the
7  enjoyment of defendants DHANDA and HYDE.
8      6. To execute the scheme to defraud and in furtherance
9  thereof, defendants DHANDA and HYDE engaged in and willfully
10 caused others to engage in the following fraudulent and deceptive
11 acts, practices, and devices, among others:
12      a. Defendants DHANDA and HYDE sent and caused to be
13 sent letters to victims that falsely represented that the victims
14 had won money in a lottery.
15      b. Defendants DHANDA and HYDE enclosed and caused to
16 be enclosed in some of these letters counterfeit and fraudulent
17 checks that the letters falsely claimed represented the victims'
18 winnings.
19      c. Defendants DHANDA and HYDE enclosed and caused to
20 be enclosed in some of these letters scratch-off tickets that
21 purported to entitle the recipient to receive money, but which
22 were in fact worthless.
23      d. Defendants DHANDA and HYDE falsely informed the
24 victims, either in the letters they sent and caused to be sent,
25 or in telephone conversations between victims and telemarketers,
26 including defendants DHANDA and HYDE and others under their
27 control, that in order to be permitted to cash their winning
28

checks or to redeem the monetary amount listed on their scratch-off tickets, the victims first had to send money to the Fraudulent Lottery Companies.

   e. Defendants DHANDA and HYDE concealed from the victims that they had not won any lottery, sweepstakes, or prize; that the monies they would be remitting were not necessary to collect any lottery winnings or prize because no such winnings or prize existed; and that the monies remitted by the victims would be used by defendants DHANDA and HYDE to further their fraudulent scheme and for their own enjoyment.

   f. Defendants DHANDA and HYDE used false names and caused others to use false names in the letters to victims and when dealing with the victims on the telephone, as well as when sending and receiving money in connection with the scheme to defraud.

   g. Defendants DHANDA and HYDE obtained boxes in commercial mail receiving agencies in the United States, Canada, and England and used these boxes to receive victim funds.

C. THE MAILINGS

 7. On or about the following dates, defendants DHANDA and HYDE, in Los Angeles, Riverside, and Orange Counties, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, in connection with the conduct of telemarketing, and by targeting persons over the age of 55 and victimizing ten or more persons over the age of 55, willfully caused the following items to be placed in an authorized depository for mail matter and to be sent and

delivered by the U.S. Postal Service and to be deposited with and to be delivered by private and commercial interstate carriers, according to the directions thereon:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| ONE | 08/26/04 | Letter and fraudulent check from BC Holding Group in Vancouver, British Columbia, Canada, to victim S.M. in Riverside, California, USA |
| TWO | 09/03/04 | Federal Express package containing money orders from victim S.M. in Riverside, California, USA, to BC Holding Group in Vancouver, British Columbia, Canada |
| THREE | 10/15/04 | Letter and fraudulent check from BC Securities in Vancouver, British Columbia, Canada, to victim E.S. in Whittier, California, USA |
| FOUR | 10/21/04 | Letter and fraudulent check from BC Securities in Vancouver, British Columbia, Canada, to victim J.C. in Altadena, California, USA |
| FIVE | 11/05/04 | Letter containing a check from victim E.S. in Whittier, California, USA, to BC Securities in Vancouver, British Columbia, Canada |
| SIX | 11/09/04 | Letter containing a check from victim J.C. in Altadena, California, USA, to BC Securities in Vancouver, British Columbia, Canada |
| SEVEN | 08/08/05 | Letter and fraudulent check from BC Holding Group in Vancouver, British Columbia, Canada, to victim N.S. in Los Angeles, California, USA |
| EIGHT | 08/12/05 | Letter and fraudulent check from BC Holding Group in Vancouver, British Columbia, Canada, to victim J.M. in Moreno Valley, California, USA |

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| NINE | 02/10/06 | Letter from Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada, to victim J.C. in Anaheim, California, USA |
| TEN | 03/20/06 | Letter containing money orders from victim J.C. in Anaheim, California, USA, to Capital Liberty Services, in Vancouver, British Columbia, Canada |
| ELEVEN | 05/15/06 | Letter and fraudulent check from Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada, to victim J.M. in Los Angeles, California, USA |
| TWELVE | 05/15/06 | Letter and fraudulent check from Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada, to victim S.N. in Perris, California, USA |
| THIRTEEN | 05/31/06 | Letter containing a check from victim J.C. in Inglewood, California, USA, to Capital Liberty Service, Inc., in London, England |
| FOURTEEN | 06/02/06 | Letter and fraudulent check from Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada, to victim J.P. in Canoga Park, California, USA |
| FIFTEEN | 06/02/06 | Letter and fraudulent check from Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada, to victim L.K. in Los Angeles, California, USA |
| SIXTEEN | 06/06/06 | Letter containing a check from victim J.M. in Los Angeles, California, USA, to Capital Liberty Service, Inc., in London, England |
| SEVENTEEN | 06/06/06 | Express Mail package containing a check from victim J.P. in Canoga Park, California, USA, to Capital Liberty Service, Inc., in London, England |

| | COUNT | DATE | DESCRIPTION |
|---|---|---|---|
| 1 | | | |
| 2 | EIGHTEEN | 06/15/06 | Express United Parcel Service package containing a money order from victim S.N. in Perris, California, USA, to Capital L. Service, Inc., in London, England |
| 5 | NINETEEN | 06/23/06 | Letter from victim J.C. in Inglewood, California, USA, to Capital Liberty Service, Inc., in London, England |
| 7 | TWENTY | 07/03/06 | Letter and fraudulent check from Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada, to victim J.C. in Inglewood, California, USA |
| 10 | TWENTY-ONE | 07/03/06 | Letter and fraudulent check from Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada, to victim S.N. in Perris, California, USA |

14  //

15

16  //

17

18  //

19

20  //

21

22  //

23

24  //

25

26  //

27

28  //

COUNTS TWENTY-TWO THROUGH TWENTY-NINE

[18 U.S.C. §§ 1343, 2326, 2]

8. The Grand Jury hereby realleges and incorporates by reference paragraphs one through six of the Indictment.

D. THE WIRE COMMUNICATIONS

9. On or about the dates listed below, in Los Angeles, Riverside, and Orange Counties, within the Central District of California, and elsewhere, defendants DHANDA and HYDE, for the purpose of executing the above-described scheme to defraud, in connection with the conduct of telemarketing, and by targeting persons over the age of 55 and victimizing ten or more persons over the age of 55, willfully caused, and aided and abetted the transmission of, the following by means of wire communication in interstate and foreign commerce:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| TWENTY-TWO | 08/26/04 | Telephone call from victim S.M. in Riverside, California, USA, to BC Holding Group representatives "Cindy," "Adam," and "Jason," in Vancouver, British Columbia, Canada |
| TWENTY-THREE | 10/22/04 | Telephone call from victim J.C. in Altadena, California, USA, to BC Securities representative "Jim Grinker," in Vancouver, British Columbia, Canada |
| TWENTY-FOUR | 11/02/04 | Telephone call from victim E.S. in Whittier, California, USA, to BC Securities representative "David Caldwell," in Vancouver, British Columbia, Canada |
| TWENTY-FIVE | 11/30/04 | Telephone call from victim E.S. in Whittier, California, USA, to BC Securities representative "David Caldwell," in Vancouver, British Columbia, Canada |

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| TWENTY-SIX | 08/13/05 | Western Union money transfer from victim J.M. in Moreno Valley, California, USA, to "Linda McKay," in Vancouver, British Columbia, Canada |
| TWENTY-SEVEN | 03/20/06 | Telephone call from victim J.C. in Anaheim, California, USA, to a representative of Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada |
| TWENTY-EIGHT | 05/15/06 | Telephone call from victim S.N. in Perris, California, USA, to a representative of Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada |
| TWENTY-NINE | 05/31/06 | Telephone call from victim J.C. in Inglewood, California, USA, to a representative of Capital Liberty Services, Inc., in Vancouver, British Columbia, Canada |

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ALKA SAGAR
Assistant United States Attorney
Acting Chief, Major Frauds Section


ELLYN MARCUS LINDSAY
Assistant United States Attorney
Senior Litigation Counsel, Major Frauds Section