**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**          FILED

**CASE SUMMARY**

Case Number 08- **CR08- 00773**          Defendant Number 2008 JUL -2 PM 1: 24

U.S.A. v. David Hyde          Year of Birth 1935

☑ Indictment          ☐ Information          Investigative agency (FBI, DEA, etc.) FBI          COURT CALIF.

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

BY ___

**OFFENSE/VENUE**

a. Offense charged as a:          ☐ Petty Offense
   ☐ Misdemeanor      ☐ Minor Offense      ☑ Felony
b. Date of offense 2004-2006
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
        ☑ Los Angeles          ☑ Ventura
        ☑ Orange               ☐ Santa Barbara
        ☐ Riverside            ☐ San Luis Obispo
        ☐ San Bernardino       ☐ Other ___
Citation of offense 18 USC 1341, 1343, 2

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?          ☑ No          ☐ Yes
   IF YES   Case Number NA

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** NA

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: May 4, 2006
   Case Number 06-0852M
   Charging 18 USC 1341, 1343
   Complaint only charges co-defendant
The complaint:          ☑ is still pending
   ☐ was dismissed on: ___

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
        ☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
        ☐ Yes*          ☑ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

**Superseding Indictment/Information**

This is the ___ NA ___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
NA
Case Number NA

The superseded case:
☐ is still pending before Judge/Magistrate Judge
NA

☐ was previously dismissed on NA

Are there 8 or more defendants in the superseding case?
        ☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
        ☐ Yes*          ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
        ☐ Yes          ☑ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

Is an interpreter required:  ☐ Yes      ☑ No
IF YES, list language and/or dialect:
NA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

## OTHER

☑ Male        ☐ Female

☐ U.S. Citizen      ☑ Alien

Alias Name(s) NA _____

_____

This defendant is charged in:     ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?      ☐ Yes     ☑ No

IF YES, should matter be sealed?   ☐ Yes     ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☐ public corruption
☐ government fraud             ☐ tax offenses
☐ environmental issues        ☑ mail/wire fraud
☐ narcotics offenses          ☐ immigration offenses
☐ violent crimes/firearms      ☐ corporate fraud
☐ Other: _____

_____

_____

_____

## CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?      ☐ Yes      ☐ No

d. Is a Fugitive          ☐ Yes      ☐ No

e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.      ☑ Yes      ☐ No

Defendant is **in** custody:

a. Place of incarceration:    ☐ State     ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:   ☐ Yes      ☐ No
   IF YES ☐ State      ☐ Federal     ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes      ☐ No
   IF YES ☐ State      ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date 6/30/08 _____

_Signature of Assistant U.S. Attorney_

Ellyn Marcus Lindsay _____

_Print Name_